[Nos. 25646-7-I; 26232-7-I.   Division One.   February 18, 1992.]

ROBERT M. TRAVIS, ET AL, *Respondents*, v. WASHINGTON
HORSE BREEDERS ASSOCIATION, INC.,
ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 81-2-18674-2, Jim Bates, J., entered January
16, 1990. *Remanded* by unpublished opinion per Schol-
field, J., concurred in by Coleman and Agid, JJ.

[No. 27568-2-I.   Division One.   February 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMONT D.
SALLIER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-04975-4, Ricardo S. Martinez, J., entered
November 30, 1990. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Forrest and Baker, JJ.

[No. 12752-1-II.   Division Two.   February 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E.
WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Grays Harbor County, No. 89-1-00040-0, Joel M. Penoyar,
J., entered April 13, 1989. *Reversed* by unpublished opin-
ion per Morgan, J., concurred in by Petrich, C.J., and
Worswick, J. Pro Tem.